UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-04632-MEMF-AS | Date | October 22, 2025 |
|---|---|---|---|
| Title | *Manuel Gonzales v. Rose Hills Company et al* | | |

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Holidae Crawford | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) ORDER STAYING PROCEEDINGS AND ADMINISTRATIVELY CLOSING CASE PENDING APPEAL [DKT. NO. 58]**

This Court is in receipt of the parties' Joint Stipulation to Stay Proceedings and Continue Trial Date pending the appeal to the Ninth Circuit. Dkt. No. 58. The Court, having considered the Stipulation and finding good cause therefor, hereby ORDERS that the action is STAYED and administratively closed until the Ninth Circuit issues its ruling. All pretrial and trial dates are hereby VACATED.

Within fourteen (14) days of the Ninth Circuit's mandate, the parties are ORDERED to file either (1) a motion to reopen, alongside proposed pretrial deadlines consistent with Rule 26(f) and this Court's Standing Order, or (2) a stipulation for dismissal or a continued stay pending arbitration, if applicable. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

                                                                                            _____ : _____
                                                            Initials of Deputy Clerk            HC